MELVIN FEILER, D.D.S. v. AMERICAN DENTAL CENTER, ET AL.
AND FAMILY DENTAL CENTER OF
WOODBRIDGE, ET AL.

July 11, 1989.

Petition for certification denied.